IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                  CRIMINAL ACTION NO. 2:18CR00033KS-MTP

MARK RANDY MAGEE

### ORDER FOR SEIZED PROPERTY TO BE RETURNED

It is no longer necessary to maintain seized evidence relative to the violation of conduct of offender Mark Randy Magee. The Court hereby approves return of the following evidence relative to the offender's case:

1) Black Tablet Fire HD8

2) Black Flash Drive

3) U. S. Passport

4) iPhone (silver)

5) HP Probook

6) Dell Laptop

7) Pink Tablet

8) Xbox One

9) Xbox blue controller

10) Silver USB shell

11) Amazon Firestick

ORDER OF THE COURT that the U.S. Probation Office be granted the authority to return the listed property.

SO ORDERED this the 21st Day of January 2020.

s/Keith Starrett
Senior United States District Judge