IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

      VS.                                     CRIMINAL NO. 2:18CR33KS-MTP-001

Mark R. Magee

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On November 21, 2019, the defendant appeared before the Court for a revocation hearing. The defendant was sentenced to three (3) months imprisonment, followed by thirty-three (33) months supervised release. As a special condition of his supervised release, the defendant has been placed in the Location Monitoring Program for a period of 12 months. The defendant has been ordered to be monitored by Global Satellite Position and abide by all technology requirements. The defendant has been ordered to pay all or part of the cost of participation in this program to the extent that he is deemed capable by the Probation Officer. On March 17, 2020, Your Honor temporarily suspended this condition for 30 days or until such time that the Coronavirus (COVID-19) Pandemic calms throughout the United States.

Due to the ongoing COVID-19 pandemic, it is the Order of the Court that the Location Monitoring Program be suspended indefinitely. If any noncompliance issues or high risks of noncompliance occur, the Court may reimplement the Location Monitoring Program.

SO DATED, this the \_\_\_\_15th\_\_\_\_ day of \_\_\_\_June\_\_\_\_, 2020.

                                                  s/Keith Starrett
                                                  UNITED STATES DISTRICT JUDGE