IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                    CRIMINAL NO. 2:18CR33KS-MTP-001

MARK R. MAGEE

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On March 22, 2022, the defendant appeared before the Court for a revocation hearing. The Petition for Summons was dismissed without prejudice. Further, it was ordered that the defendant not have to pay for any of the cost of his sex offender specific mental health treatment.

SO DATED, this the  30th  day of  March , 2022.

                                                         s/Keith Starrett
                                                    UNITED STATES DISTRICT JUDGE